# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dawn Vail, individually and as Trustee for North Dakota Workforce Safety & Insurance, | ) ) ) ) |
| Plaintiff, | ) **ORDER** ) |
| vs. | ) ) Case No. 4-14-cv-8 |
| S/L Services, Inc., | ) ) |
| Defendant. | ) |

Before the court is the parties' Stipulation of Dismissal with Prejudice. (Doc. No. 74). The court **ADOPTS** the stipulation and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(iii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court